UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ULTRATEC, INC. and CAPTEL, INC.,

    Plaintiffs,

v.                                                                                     Case No. 14-cv-66-JDP

SORENSON COMMUNICATIONS, INC. and
CAPTIONCALL, LLC,

    Defendants.

---

## PLAINTIFFS' TRIAL WITNESS LIST

---

Pursuant to Fed. R. Civ. P. 26(a)(3) and in accordance with the Court's March 18, 2014 Pretrial Conference Order (Dkt # 20), Plaintiffs Ultratec, Inc. and Captel, Inc. ("Plaintiffs") hereby set forth the witnesses whom Plaintiffs expect to present at trial, may call if the need arises, or may call either live (if available) or by deposition testimony. Plaintiffs reserve the right to call as witnesses any individuals on Defendants' witness list and reserve the right to call additional rebuttal witnesses.

**I.**     **WITNESSES WHOM PLAINTIFFS CURRENTLY EXPECT TO CALL AT TRIAL:**

1.     Robert M. Engelke
       c/o Quarles & Brady LLP
       33 East Main Street, Suite 900
       Madison, WI 53703
       (608) 251-5000

2.     Kevin R. Colwell
       c/o Quarles & Brady LLP
       33 East Main Street, Suite 900
       Madison, WI 53703
       (608) 251-5000

3.     Brenda Battat
       c/o Quarles & Brady LLP
       33 East Main Street, Suite 900
       Madison, WI 53703
       (608) 251-5000

4. Paul Ludwick
   c/o Quarles & Brady LLP
   33 East Main Street, Suite 900
   Madison, WI 53703
   (608) 251-5000

5. Bruce McFarlane
   c/o Quarles & Brady LLP
   33 East Main Street, Suite 900
   Madison, WI 53703
   (608) 251-5000

6. Katie Kretschman
   c/o Quarles & Brady LLP
   33 East Main Street, Suite 900
   Madison, WI 53703
   (608) 251-5000

7. Pamela Frazier
   c/o Quarles & Brady LLP
   33 East Main Street, Suite 900
   Madison, WI 53703
   (608) 251-5000

8. Brian Chevrier (by deposition)
   c/o Baker Botts L.L.P.
   1001 Page Mill Road
   Palo Alto, CA 94304

9. Corporate representatives of Sorenson Communications, Inc. (by deposition)
   c/o Baker Botts L.L.P.
   1001 Page Mill Road
   Palo Alto, CA 94304

10. Corporate representatives of CaptionCall, LLC (by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

**II.    WITNESSES WHOM PLAINTIFFS MAY CALL AT TRIAL:**

11. Jeanne Shearer
    c/o Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703
    (608) 251-5000

12. Barbara Dreyfus
    c/o Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703
    (608) 251-5000

13. Troy Vitek
    c/o Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703
    (608) 251-5000

14. Dean Hofstetter
    c/o Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703
    (608) 251-5000

15. Mark Turner
    c/o Quarles & Brady LLP
    33 East Main Street, Suite 900
    Madison, WI 53703
    (608) 251-5000

16. Wayne Roorda
    127 Franklin Drive
    Voorhees, NJ 08403
    (609) 964-8685

17. Leslie Kim Wellman (either live or by deposition)
    3136 Carnegie Place
    San Diego, CA 92122

18. Robert Cochran Puzey (either live or by deposition)
    North Ogden, UT

19. Karen Peltz Strauss (either live or by deposition)[1]
    Federal Communications Commission
    445 12th Street SW
    Washington, DC 20554

---

[1] Plaintiffs object to the relevance of Defendants' alleged "FCC" claims and defenses, particularly after the Court dismissal of the claims and its factual findings in the Order on Plaintiffs' Motion to Dismiss. However, to the extent the Court entertains Defendants' arguments, Plaintiffs reserve the right to offer the testimony of Ms. Straus in rebuttal.

3

20. Pat Nola (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

21. Shayne Roylance (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

22. Andre Odnoha (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

23. Michael Maddix (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

24. Jeffrey Bradford (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

25. Scott Sorensen (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

26. Cameron Tingey (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

27. Jason Dunn (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

28. Michael Holm (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

QB\920197.00055\35814738.1

29. Bruce Peterson (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

30. Scot Brooksby (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

31. David Gardner (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

32. Jennifer Mitchell (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

33. Joseph Romriell (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

34. Allison Trutzel (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

35. Mel Walker (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

36. Parker Montgomery (either live or by deposition)
    c/o Baker Botts L.L.P.
    1001 Page Mill Road
    Palo Alto, CA 94304

37. Corporate rep of The Hamilton Telephone Company (either live or by deposition)
    1001 12th Street
    Aurora, NE 68818

38. Corporate representative of Sprint Nextel (either live or by deposition)
    6450 Sprint Parkway
    Overland Park, KS 66251

QB\920197.00055\35814738.1

Dated this 20th day of July, 2015.

*/s/ Kristin Graham Noel*
Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kgn@quarles.com
Matthew J. Duchemin
matthew.duchemin@quarles.com
Martha Jahn Snyder
martha.snyder@quarles.com
Stephen J. Gardner
stephen.gardner@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: 608.251.5000
Fax: 608.251.9166

Michael J. Curley
michael.curley@quarles.com
Nikia L. Gray
nikia.gray@quarles.com
QUARLES & BRADY LLP
1 South Church Ave, Suite 1700
Tucson, Arizona 85701-1621
Tel.: 520.770.8700

Brandon M. Krajewski
brandon.krajewski@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Tel.: (414) 277-5000
Fax: (414) 978-8326

***Attorneys for Plaintiffs Ultratec, Inc. and CapTel, Inc.***

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2015, I caused to be electronically filed the foregoing Plaintiffs' Witness List with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ Kristin Graham Noel*
>  Kristin Graham Noel