IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ULTRATEC, INC., and CAPTEL, INC.,

                Plaintiffs,

v.

SORENSON COMMUNICATIONS, INC., and
CAPTIONCALL, LLC,

                Defendants.

ORDER

14-cv-66-jdp

---

In light of defendants' stipulation of infringement, I will adjust the trial schedule only slightly. On Monday, September 28, we will select the jury as scheduled at 9:00 a.m. After jury selection, we will take a 15-minute break before I instruct the jury. I will then dismiss the jury (around noon I estimate), and we will take up any issues concerning exhibits to be used in openings. We will resume with the jury at 2:00 p.m. for opening statements. We will continue until 5:30 p.m., so I expect that we will take evidence on Monday.

Each side will have 11 hours to present its liability case.

Revised voir dire and preliminary instructions attached to this order.

Entered September 26, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge