IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ULTRATEC, INC. and CAPTEL, INC.,

    Plaintiffs,

SPECIAL VERDICT
FORM – LIABILITY
14-cv-66-jdp

v.

SORENSON COMMUNICATIONS, INC. and
CAPTIONCALL, LLC,

    Defendants.

We, the jury, for our special verdict, do find as follows:

Have defendants proven by clear and convincing evidence that the following patent claims are invalid because they were obvious?

A "yes" is a finding for defendants and a "no" is a finding for plaintiffs.

| Patent Claim | Yes | No |
| --- | --- | --- |
| Claim 11 of the '398 Patent | | X |
| Claim 12 of the '398 Patent | | X |
| Claim 13 of the '398 Patent | | X |

_____
Presiding Juror

Madison, Wisconsin

Dated this 5 day of October, 2015