IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ULTRATEC, INC. and CAPTEL, INC.,

        Plaintiffs,

                                SPECIAL VERDICT
                                FORM – DAMAGES
                               [OCTOBER 6 DRAFT]
                                  14-cv-66-jdp

    v.

SORENSON COMMUNICATIONS, INC. and
CAPTIONCALL, LLC,

        Defendants.

---

    We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:** Do you find that the reasonable royalty should include a one-time lump sum payment?

    **ANSWER:** _____ ("yes" or "no")

    **IF "YES,"**

    What is the amount of the one-time lump sum payment?

    $_____

**QUESTION NO. 2:** Do you find that the reasonable royalty should include a per-minute running royalty?

**ANSWER:** _____ ("yes" or "no")

**IF "YES,"**

What is the royalty rate per minute?

_____ cents

What is the total number of infringing minutes?

_____ minutes

What is the total royalty payment for defendants' infringement?

$_____

_____
Presiding Juror

Madison, Wisconsin

Dated this \_\_\_ day of October, 2015