IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ULTRATEC, INC. and CAPTEL, INC.,

        Plaintiffs,

v.

SORENSON COMMUNICATIONS, INC.
and CAPTIONCALL, LLC,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-66-jdp

---

This action came before the court and a jury with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Ultratec, Inc. and CapTel, Inc. against defendants Sorenson Communications, Inc. and CaptionCall, LLC in the amount of $5,443,484.61 on plaintiffs' claims that defendants infringed claims 11, 12 and 13 of U.S. Patent No. 7,660,398 and dismissing defendants' counterclaims of breach of contract, promissory estoppel, fraud and claim under Wis. Stat. § 100.18.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sorenson Communications, Inc. and CaptionCall, LLC granting their motion for judgment as a matter of law that their infringement was not willful.

Approved as to form this __15__ day of October, 2015.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer
Clerk of Court

10/15/15
Date