*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**ROYALTIES, PRE-JUDGMENT INTEREST AND POST-JUDGMENT INTEREST JANUARY 2011 - NOVEMBER 27, 2018**

Schedule 1.0



**Notes and Sources:**

[1] Schedule 2.0

[2] Schedule 2.1

[3] Daily Post-Judgment Interest applicable through October 15, 2019

[4] Schedule 3.0

[5] Schedule 3.1

[6] Daily Post-Judgment Interest applicable through May 18, 2019

[7] Schedule 4.0

[8] Schedule 1.1

[9] Daily Post-Judgment Interest applicable through November 27, 2019

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Case: 3:14-cv-00066-jdp   Document #: 810-2   Filed: 11/29/18   Page 2 of 19

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**PRE-JUDGMENT AND POST-JUDGMENT INTEREST - DATES OF JUDGMENT FROM NOVEMBER 27, 2018 TO FEBRUARY 28, 2019**

Schedule 1.1



| Date of Judgment | Royalties [1] | Pre-Judgment Interest [2] | Royalties + Pre-Judgment Interest | Daily Interest Rate [3] | Ongoing Daily Interest |
|---|---|---|---|---|---|

Case: 3:14-cv-00066-jdp    Document #: 810-2    Filed: 11/29/18    Page 3 of 19

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**PRE-JUDGMENT AND POST-JUDGMENT INTEREST - DATES OF JUDGMENT FROM NOVEMBER 27, 2018 TO FEBRUARY 28, 2019**

Schedule 1.1



| Date of Judgment | Royalties [1] | Pre-Judgment Interest [2] | Royalties + Pre-Judgment Interest | Daily Interest Rate [3] | Ongoing Daily Interest |
|---|---|---|---|---|---|

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**PRE-JUDGMENT AND POST-JUDGMENT INTEREST - DATES OF JUDGMENT FROM NOVEMBER 27, 2018 TO FEBRUARY 28, 2019**

Schedule 1.1



| Date of Judgment | Royalties [1] | Pre-Judgment Interest [2] | Royalties + Pre-Judgment Interest | Daily Interest Rate [3] | Ongoing Daily Interest |
|---|---|---|---|---|---|

Case: 3:14-cv-00066-jdp  Document #: 810-2  Filed: 11/29/18  Page 5 of 19

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**PRE-JUDGMENT AND POST-JUDGMENT INTEREST - DATES OF JUDGMENT FROM NOVEMBER 27, 2018 TO FEBRUARY 28, 2019**

Schedule 1.1

| Date of Judgment | Royalties [1] | Pre-Judgment Interest [2] | Royalties + Pre-Judgment Interest | Daily Interest Rate [3] | Ongoing Daily Interest |
|---|---|---|---|---|---|
| | | | | | |

**Notes and Sources:**

[1] Schedule 5.0

[2] Calculated using the same methodology as Schedule 2.0, Schedule 3.0 and Schedule 4.0

[3] Annual interest rate of 0.27%, Opinion and Order, August 31, 2018; Daily Interest Rate calculated as 0.27%/365.25

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*
**PRE-JUDGMENT INTEREST - DATE OF JUDGMENT OCTOBER 15, 2015**
Schedule 2.0



**Notes and Sources:**
[1] Schedule 6.0
[2] Opinion and Order, August 31, 2018
[3] Royalty payments are assumed to be due 30 days following the end of the quarter
[4] Calculated as ((1+(0.06/4))^Quarters Between Due Date and Judgment)-1 using an annual interest rate of 6% from Opinion and Order, August 31, 2018
[5] Supplemental royalties from Schedule 5.2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**POST-JUDGMENT INTEREST THROUGH NOVEMBER 27, 2018 - DATE OF JUDGMENT OCTOBER 15, 2015**

Schedule 2.1



Total Post-Judgment Interest

**Notes and Sources:**

[1] Beginning Balance from Schedule 2.0 includes supplmental royalties from Oct. 1 - Oct. 15, 2015

[2] Interest calculated as Beginning Balance x 0.27% x

[3] Interest calculated as Beginning Balance x 0.27% x

[4] Interest calculated as Beginning Balance x 0.27% *

[5] Annual interest rate of 0.27%, Opinion and Order, August 31, 2018

[6] Supplmental royalties from Oct. 16 - Dec. 3, 2015 from Schedule 5.2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*
**PRE-JUDGMENT INTEREST - DATE OF JUDGMENT MAY 18, 2018**
Schedule 3.0



**Notes and Sources:**
[1] Schedule 6.0
[2] Opinion and Order, August 31, 2018
[3] Royalty payments are assumed to be due 30 days following the end of the quarter
[4] Calculated as ((1+(0.06/4))^Quarters Between Due Date and Judgment)-1 using an annual interest rate of 6% from Opinion and Order, August 31, 2018
[5] Schedule 6.1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Case: 3:14-cv-00066-jdp   Document #: 810-2   Filed: 11/29/18   Page 9 of 19

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**POST-JUDGMENT INTEREST THROUGH NOVEMBER 27, 2018 - DATE OF JUDGMENT MAY 18, 2018**

Schedule 3.1

| | Beginning Balance | Interest [3] |
|---|---|---|
| ███████████████ | $ ███████ | █ ███████ |
| | | █ ███████ |
| Total Post-Judgment Interest | | |
| ██████████████████ | | █ ████ |
| ██████ | | |

**Notes and Sources:**

[1] Schedule 3.0

[2] Interest calculated as Beginning Balance x 0.27% * ███████

[3] Annual interest rate of 0.27%, Opinion and Order, August 31, 2018

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**PRE-JUDGMENT INTEREST - DATE OF JUDGMENT NOVEMBER 27, 2018**

Schedule 4.0



**Notes and Sources:**

[1] Schedule 6.0

[2] Opinion and Order, August 31, 2018

[3] Royalty payments are assumed to be due 30 days following the end of the quarter

[4] Calculated as $((1+(0.06/4))^{\text{Quarters Between Due Date and Judgment}})-1$ using an annual interest rate of 6% from Opinion and Order, August 31, 2018

[5] Schedule 6.1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*
**ROYALTIES FOR INFRINGING MINUTES JANUARY 1, 2011 - DECEMBER 3, 2015**
Schedule 5.0

|  | Total |
|---|---|
| Royalties Due | $ ███████ |
|  |  |
| Total Royalties | $ ██████ |

**Notes and Sources:**
[1] Schedule 5.1
[2] Schedule 5.2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*
**ROYALTIES FOR INFRINGING MINUTES JANUARY 2011 - SEPTEMBER 2015**
Schedule 5.1

| | | 2011 | 2012 | 2013 | 2014 | Jan. - Sept. 2015 | Total |
|---|---|---|---|---|---|---|---|
| Total Infringing Minutes [1] | | | | | | | |
| Royalty Due per Conversation Minute [2] | $ | | | | | | |
| Royalties | $ | | | | | | |

**Notes and Sources:**
[1] Schedule 6.0
[2] Opinion and Order, August 31, 2018

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*

**ROYALTIES FOR INFRINGING MINUTES OCTOBER 1, 2015 - DECEMBER 3, 2015**

Schedule 5.2

| | Oct. 1 - Oct. 15, 2015 | Oct. 16 - Dec. 3, 2015 | Total |
|---|---|---|---|
| Total Infringing Minutes [1][2][3] | ████ | ████ | ████ |
| Royalty Due per Conversation Minute [4] | $ ██ | $ ██ | $ ██ |
| Royalties | $ ████ | $ ████ | $ ████ |

**Notes and Sources:**

[1] Schedule 6.1

[2] Oct. 1 - Oct. 15, 2015 calculated as Total Minutes x ██

[3] Oct. 16 - Dec. 31 calculated as Total Minutes x ██

[4] Opinion and Order, August 31, 2018

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al v. Sorenson Communications, Inc., et al.*
**CAPTIONCALL MINUTES JANUARY 2011 - SEPTEMBER 2015**
Schedule 6.0

| 2011 | Total Accused Minutes [1] | Apportionment [2] | Total Infringing Minutes |
|------|--------------------------|-------------------|--------------------------|
| Q1 Minutes | | | |
| January | ■ | ■ | ■ |
| February | | | |
| March | | | |
| | | | |
| Total Q1 Minutes | ▬ | | ▬ |
| Q2 Minutes | | | |
| April | ■ | ■ | ■ |
| May | | | |
| June | | | |
| | | | |
| Total Q2 Minutes | ▬ | | ▬ |
| Q3 Minutes | | | |
| July | ■ | ■ | ■ |
| August | | | |
| September | | | |
| | | | |
| Total Q3 Minutes | ▬ | | ▬ |
| Q4 Minutes | | | |
| October | ■ | ■ | ■ |
| November | | | |
| December | | | |
| | | | |
| Total Q4 Minutes | ▬ | | ▬ |
| | | | |
| Total 2011 Minutes | ▬ | | ▬ |

*Ultratec, Inc., et al v. Sorenson Communications, Inc., et al.*
**CAPTIONCALL MINUTES JANUARY 2011 - SEPTEMBER 2015**
Schedule 6.0

| 2012 | Total Accused Minutes [1] | Apportionment [2] | Total Infringing Minutes |
|---|---|---|---|
| Q1 Minutes | | | |
| January | | | |
| February | | | |
| March | | | |
| Total Q1 Minutes | | | |
| Q2 Minutes | | | |
| April | | | |
| May | | | |
| June | | | |
| Total Q2 Minutes | | | |
| Q3 Minutes | | | |
| July | | | |
| August | | | |
| September | | | |
| Total Q3 Minutes | | | |
| Q4 Minutes | | | |
| October | | | |
| November | | | |
| December | | | |
| Total Q4 Minutes | | | |
| Total 2012 Minutes | | | |

*Ultratec, Inc., et al v. Sorenson Communications, Inc., et al.*
**CAPTIONCALL MINUTES JANUARY 2011 - SEPTEMBER 2015**
Schedule 6.0

| 2013 | Total Accused Minutes [1] | Apportionment [2] | Total Infringing Minutes |
|------|---------------------------|-------------------|--------------------------|
| Q1 Minutes | | | |
| January | | | |
| February | | | |
| March | | | |
| Total Q1 Minutes | | | |
| Q2 Minutes | | | |
| April | | | |
| May | | | |
| June | | | |
| Total Q2 Minutes | | | |
| Q3 Minutes | | | |
| July | | | |
| August | | | |
| September | | | |
| Total Q3 Minutes | | | |
| Q4 Minutes | | | |
| October | | | |
| November | | | |
| December | | | |
| Total Q4 Minutes | | | |
| Total 2013 Minutes | | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al v. Sorenson Communications, Inc., et al.*
**CAPTIONCALL MINUTES JANUARY 2011 - SEPTEMBER 2015**
Schedule 6.0

| 2014 | Total Accused Minutes [1] | Apportionment [2] | Total Infringing Minutes |
|---|---|---|---|
| Q1 Minutes | | | |
| January | ■ | ■ | ■ |
| February | | | |
| March | | | |
| Total Q1 Minutes | ■ | | ■ |
| Q2 Minutes | | | |
| April | ■ | ■ | ■ |
| May | | | |
| June | | | |
| Total Q2 Minutes | ■ | | ■ |
| Q3 Minutes | | | |
| July | ■ | ■ | ■ |
| August | | | |
| September | | | |
| Total Q3 Minutes | ■ | | ■ |
| Q4 Minutes | | | |
| October | ■ | ■ | ■ |
| November | | | |
| December | | | |
| Total Q4 Minutes | ■ | | ■ |
| Total 2014 Minutes | ■ | | ■ |

*Ultratec, Inc., et al v. Sorenson Communications, Inc., et al.*
**CAPTIONCALL MINUTES JANUARY 2011 - SEPTEMBER 2015**
Schedule 6.0

| 2015 | Total Accused Minutes [1] | Apportionment [2] | Total Infringing Minutes |
|---|---|---|---|
| Q1 Minutes | | | |
|   January | ███ | ███ | ███ |
|   February | | | |
|   March | | | |
| Total Q1 Minutes | ███ | | ███ |
| Q2 Minutes | | | |
|   April | ███ | ███ | ███ |
|   May | | | |
|   June | | | |
| Total Q2 Minutes | ███ | | ███ |
| Q3 Minutes | | | |
|   July | ███ | ███ | ███ |
|   August | | | |
|   September [3] | | | |
| Total Q3 Minutes | ███ | | ███ |
| Total Q1-Q3 2015 Minutes | ███ | | ███ |

| 2011-Sept. 2015 | Total Accused Minutes | Apportionment [2] | Total Infringing Minutes |
|---|---|---|---|
| Total Minutes | ███ | ███ | ███ |

**Notes and Sources:**
[1]  █████████████████████████████████████
██████████████████

[2] Opinion and Order, August 31, 2018
[3] ███████████████████████

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

*Ultratec, Inc., et al. v. Sorenson Communications, Inc., et al.*
**INFRINGING MINUTES OCTOBER 1, 2015 - DECEMBER 3, 2015**
Schedule 6.1

| Endpoint Product Version [1][2] | Total Minutes | Begin Date | End Date |
|---|---|---|---|
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | ██ | ███ | ███ |
| ███ | ██ | ███ | ███ |
| ███ | █ | ███ | ███ |
| █ | | ███ | ███ |
| ███ | ██ | ███ | ███ |
| ███ | █ | ███ | ███ |
| ███ | ██ | ███ | ███ |
| ██ | █ | ███ | ███ |
| Total Accused Minutes | ██ | | |
| Apportionment [3] | ██ | | |
| Total Infringing Minutes | ██ | | |

**Notes and Sources:**
[1] ████████████████████████████
[2] █████████████████████████████████████
[3] Opinion and Order, August 31, 2018

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY